BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant SONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 02-20107 JW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER AMENDING JUDGMENT |
| vs. ) | PURSUANT TO RULE 36 AS TO |
| ) | CONDITIONS OF SUPERVISED |
| SUE YUN SONG, et al. ) | RELEASE |
| ) | |
| Defendants. ) | |
| _____ ) | |

**STIPULATION**

Defendant Sue Yun Song and the government, by and through their respective counsel, hereby stipulate and agree that the conditions of supervised release set forth in the Judgment entered October 17, 2007 shall be amended pursuant to Rule 36 of the Federal Rules of Criminal Procedure to delete *nunc pro tunc* the requirement that the defendant register with the state sex offender registration agency in the state where defendant resides, works or is a student, and instead to include the requirement that she possess no firearm, ammunition, destructive device, or other dangerous weapon.  The United States Probation Office has been consulted as to the proposed amendment and concurs.

Stipulation and [Proposed] Order Modifying
Conditions of Supervised Release, CR 06-00385
JW                                                                         1

Dated: May 5, 2010

                                                    s/_____
                                                    JEFFREY NEDROW
                                                    Assistant United States Attorney

Dated: May 3, 2010

                                                    s/_____
                                                    CYNTHIA C. LIE
                                                    Assistant Federal Public Defender

[PROPOSED] ORDER

    Good cause appearing and by stipulation of the parties, it is hereby ordered that the conditions of supervised release set forth in the Judgment entered October 17, 2007, shall be amended to delete *nunc pro tunc* the condition that defendant register with the state sex offender registration agency and to substitute the requirement that defendant shall possess no firearm, ammunition, destructive device, or other dangerous weapon, pursuant to Rule 36 of the Federal Rules of Criminal Procedure.

    All other terms and conditions remain in full force and effect, except that the term of imprisonment imposed in the original judgment is now deemed satisfied by time already served by defendant in compliance with the original order.

Dated: May  13 , 2010

                                                    _____
                                                  HON. JAMES WARE
                                                  United States District Judge